FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_MARK H. ENSLEY_

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. **22-4650**

SECTION **SECT. A MAG. 1**

versus

_ST. PETER's CATHOLIC CHURCH_
_ANN CARTER ENSLEY_
_NAT'L ARCHDIOCESE_
_LOUISIANA ARCHDIOCESE_
_NEW ORLEANS ARCHDIOCESE_
_PRESBYTERIAN CHURCHES USA_

Print the full name of all defendants in this
action.
**DO NOT WRITE et al.**

COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes (✗)   No (  )

TENDERED FOR FILING

**NOV 22 2022**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. **(If there is** more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to the previous lawsuit

       Plaintiffs     *MARK H, ENSLEY 188819*

       Defendants     *JAMES LEBLANC, WARREN MONTGOMERY, RANDY SMITH, PERETTI (S/C?), ALAN ZAUNBRECHER*

    2. Court (If federal court, name of the district court; if state court, name the parish.)
        *U.S DIST. CRT - EASTERN DIST. OF LOUISIANA*

    3. Docket Number *22-04255*

    4. Name of judge to whom case was assigned *UNKNOWN MAG.5 -JUDGE*

    5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
        *PENDING*

    6. Approximate date of filing lawsuit *OCT. 31st '22 - 12:14:06*

    7. Approximate date of disposition *UNKNOWN*

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

    _____

    _____

    _____

II. PLACE OF PRESENT CONFINEMENT: *ST. TAMMANY PARISH JAIL*

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

    1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. *JAMES LEBLANC, & RANDY SMITH, & JAN SMITH,*

& DANIEL FLEISCHMAN CONTINUE TO REFUSE TO GIVE ME
-DUPLICATE COPIES OF THE NUMBERS ASSIGNED

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? UNKNOWN

D. If your answer is NO, explain why you have not done so: BECAUSE JAMES LEBLANC, & RANDY SMITH & JAN SMITH & DANIEL FLEISCHMAN CONTINUE TO REFUSE TO GIVE ME THE REST OF THE ABOVE PARTIES RESPONSES

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (MR.) MARK H. ENSLEY
(First - Middle - Last)

Prisoner Number 188819

Address 1200 CHAMPAGNE ST., COVINGTON, La., 70433

Date of Birth 08/20/1968

Date of Arrest MAY 30th, '22

Date of Conviction EITHER, FEB. 11th, '22 OR, AUG, 10th, '22, OR -AUG, 24th, '22, OR, SEPT. 6th, '22 OR, SEPT. 30th, '22, -OR, UNKNOWN, BECAUSE MELISSA HENRY -CLERK OF COURT, ALONG W/ STEPHANIE WALD, -ASST PUBLIC DEFENDER, WON'T TELL ME -IN WRITING. FOR, INSTANCE, I STILL NEED -THE FEMALE ASST D.A.'s/ PROSECUTORS NAME -IN WRITING.

MR. MARK H. ENSLEY C/O: INSTITUTE FOR JUSTICE, -810 7th St., NW, WASHINGTON, D.C., 20531

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _ST. PETER's CATHOLIC CHURCH_ is employed as _FAITH BASED_
— _RELIGIOUS SERVICES_ at _ST. PETER's CATHOLIC CHURCH_
Address for service: _200 BLOCK OF N. JEFFERSON AVE, COVINGTON_

C.  Defendant _ANN CARTER ENSLEY_ is employed as _RET. HOUSEWIFE_
— _& HOMEMAKER & ELDER_ at _1220 W. PRESIDENTS DR, COVINGTON, La, 70433_
Address for service: _1220 W. PRESIDENTS DR, COVINGTON, La, 70433_

D.  Defendant _NAT'L ARCHDIOCESE_ is employed as _FAITH BASED_
— _RELIGIOUS SERVICES_ at _NAT'L ARCHDIOCESE_
Address for service: _NOT RE CALLED BECAUSE STFJ MAILROOM DEP._
— _STEPHANIE ATKINS TOLD ME SHE (DEP. STEPHANIE ATKINS)_
— _WON'T._

E.  Defendant _LOUISIANA ARCHDIOCESE_ is employed as _FAITH BASED_
— _RELIGIOUS SERVICES_ at _LOUISIANA ARCHDIOCESE_
Address for service: _NOT RE CALLED BECAUSE DEP. STEPHANIE ATKINS_
— _TOLD ME SHE (DEP. STEPHANIE ATKINS) WON'T GIVE ME ANYMORE)_

F.  Defendant _NEW ORLEANS ARCHDIOCESE_ is employed as _FAITH BASED_
— _RELIGIOUS SERVICES_ at _NEW ORLEANS ARCHDIOCESE_
Address for service: _NOT RE CALLED BECAUSE OF STFJ DEP. ATKINS_

G.  Defendant _PRESBYTERIAN CHURCHES USA_ is employed as _FAITH BASED_
— _RELIGIOUS SERVICES_ at _PRESBYTERIAN CHURCHES USA_
Address for service: _NOT RECALLED STREET NOR CITY IN KENTUCKY,_
— _BECAUSE ST. TAMMANY PARISH JAIL MAILROOM DEP._
— _STEPHANIE ATKINS TOLD ME SHE (ST. TAMMANY PARISH_
— _JAIL MAILROOM DEP. STEPHANIE ATKINS) WON'T GIVE_
— _ME ANYMORE ADDRESSES_

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_ST. PETER's CATHOLIC CHURCH ALONG W/ THE NAT'L_
_ARCHDIOCESE, ALONG W/ THE LOUISIANA ARCHDIOCESE ALONG W/ THE_
_NEW ORLEANS ARCHDIOCESE, ALONG W/ THE_
_PRESBYTERIAN CHURCHES USA, ALONG W/ ANN CARTER_
_ENSLEY, ALONG W/ COVINGTON PRESBYTERIAN CHURCH, IS AS GUILTY_
_AS JAMES LEBLANC & PHILIP R. MAY & RANDY SMITH &_
_WARREN MONTGOMERY, FOR ALIENATING ME FROM THE AFFECTIONS OF MY_
— _FATHER, MR. JIM ENSLEY (82 YRS OLD, PENN ST UNIV. '61,_
— _RET. ENTERGY NEW ORLEANS, DIR. OF RISK MANAGE-_
— _MENT, '82 TO 2001, CONRAD FAULK TO J. WAYNE_
— _LEONARD, PRES.'s & CEO's)_

**V.** Relief *(CONT. FROM BOTTOM:- WITHIN WALKING DISTANCE)*

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

ORDER ANN CARTER ENSLEY & THE MEMBERS OF
COVINGTON PRESBYTERIAN CHURCH ALONG WITH
PRESBYTERIAN CHURCHES USA ALONG W/THE NAT'L
-ARCHDIOCESE ALONG W/LOUISIANA ARCHDIOCESE
ALONG W/NEW ORLEANS ARCHDIOCESE ALONG WITH
ST. PETER'S CATHOLIC CHURCH MEMBERS ALONG WITH
NEW COVENANT PRESBYTERIAN CHURCH MEMBERS, TO
BE CHASTISED & SHUNNED & REPRIMANDED ALONG WITH
TO PAY FINANCIAL RESTITUTION TO ME OF ENOUGH FOR
ME TO PAY FOR & BUY A HOUSE IN AN UNGUARDED
-ENTRANCE UNGATED ENTRANCE COUNTRY CLUB
-WITH AN 18 HOLE GOLF COURSE, ALONG W/A BEACH

**VI.** Plaintiff's Declaration — HOUSE W/A BAY IN THE FRONT YARD & OCEAN

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this **16th** day of **November**, 20**22**

MARK W. ENSLEY ensleymark3@gmail.com, 985-234-9696(H),
-&, 985-246-4929(C)
MR. MARK W. ENSLEY
-C/O: MARY GRACE KNAPP
-1217 FLORIDA ST
MANDEVILLE, La, 70448; &
MR. MARK W. ENSLEY
-C/O: INSTITUTE FOR JUSTICE
-810 7th St, N.W., WASHINGTON, D.C., 20531

*(Signature of Plaintiff)*

MARK H. ENSLEY 188819
ST. TAMMANY PARISH JAIL
2252 TOWER DR, SUITE 108-251
MONROE, La., 71201

5

ST. TAMMANY PARISH JAIL
2252 TOWER DR, SUITE 108-252
MONROE LA, 71201

NOT CENSORED
ST TAMMANY PARISH JAIL

CLERK US DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST
ROOM C-151
NEW ORLEANS LA, 70130

