UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK H. ENSLEY | CIVIL ACTION |
| VERSUS | NO: 22-4650 |
| ST. PETER'S CATHOLIC CHURCH, ET AL. | SECTION: "A" (1) |

In accordance with 28 U.S.C. § 455(a) and § 455(b), the Court disqualifies itself from this matter.

Accordingly,

**IT IS ORDERED** that the Clerk of Court re-allot this matter to another section.

December 21, 2022

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

December 21, 2022
REALLOTTED TO
**SECT. M**