UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK H. ENSLEY | CIVIL ACTION |
| VERSUS | NO. 22-4650 |
| ST. PETER'S CATHOLIC CHURCH, *et al.* | SECTION M (1) |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as the Court's opinion in this matter. Accordingly,

IT IS ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 11th day of January, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.